# UNITED STATES DISTRICT COURT
## Southern District of Georgia
## Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Samuel Wayne Thompson Jr. | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Probation or Supervised Release) <br><br> Case Number:   5:12CR00004 <br><br> USM Number:   17468-021 <br><br> James McGee, III <br> Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of a mandatory condition of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of this offense:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | January 12, 2016 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 9432

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:

Blackshear, Georgia

January 22, 2018
Date of Imposition of Judgment

_Signature of Judge_

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

Jan. 24, 2018
Date

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
1/24/2018
Deputy Clerk

DEFENDANT:      Samuel Wayne Thompson Jr.
CASE NUMBER:    5:12CR00004-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months.

☒ The court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for time served since November 1, 2017. It is also recommended that the defendant be designated to the facility in Jesup, Georgia.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL